**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRADLEY CARTER,**

 **Plaintiff,**

v.                 Case No.: 8:15-cv-1033-T-17AAS

**CELLCO PARTNERSHIP d/b/a**
**VERIZON WIRELESS,**

 **Defendant.**
_____/

## ORDER

This matter is before the Court on Plaintiff's Third Motion to Compel the Scope of All Discovery Evidence (Doc. 73). As stated in the Court's previous Order (Doc. 71), on July 5, 2016, the Court set forth an expedited procedure to resolve *pro se* Plaintiff's discovery complaints and provided a procedure for an expedited response and motion practice. (Doc. 50). The Court Order prohibited any discovery-related filing that deviates from the procedure set forth and cautioned that it "will not consider any discovery-related filing that deviates from this procedure." (Docs. 50, 71). Plaintiff failed to comply with this procedure.

Accordingly, it is **ORDERED:**

Plaintiff's Third Motion to Compel the Scope of All Discovery Evidence (Doc. 73) is **DENIED.**

**DONE AND ORDERED** in Tampa, Florida on this 13th day of September, 2016.

1

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties