**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRADLEY CARTER,**

    Plaintiff,

v.                                                   Case No.: 8:15-cv-1033-T-17AAS

**CELLCO PARTNERSHIP d/b/a**
**VERIZON WIRELESS,**

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** is before the Court on Defendants' Motion to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss the Third Amended Complaint (Doc. 69) and Motion for Extension of Time to File a Motion to Compel (Doc. 74).

    A protective order staying discovery is warranted where the moving party establishes "good cause" for the order and justice requires entry of an order to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense. Fed. R. Civ. P. 26(c). In deciding whether there is "good cause" to stay discovery pending resolution of a dispositive motion, the Court must balance the harm, if any, from a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery. This balancing also requires the court to weigh the likely costs and burdens of proceeding with discovery which may become needless. The court may want to take a "peek" at the allegedly dispositive motion to see if on its face there is an immediate and clear possibility that it will be granted. *Feldman v. Flood,* 176 F.R.D. 651, 652 (M.D. Fla. 1997) (citing *Hovermale v. School Board of Hillsborough County,* 128 F.R.D. 287 (M.D. Fla. 1989)).

1

Here, the Court finds the factors weigh in favor of imposing the stay. First, the pending motion to dismiss, if granted, would dispose of the entire action. *See Feldman,* 176 F.R.D. 651. Second, the stay would be of limited duration and scope. *See Trujillo v. Conover & Co. Comms., Inc.,* 221 F.3d 1262, 1264 (11th Cir. 2000). Finally, the Court can see no undue prejudice to Plaintiff as the stay being sought is at the outset of the litigation before the parties have expended any resources in connection with discovery.

Accordingly, after due consideration, it is

**ORDERED:**

(1)   Defendants' Motion to Stay Discovery Pending Ruling on Defendant's Motion to Dismiss the Third Amended Complaint (Doc. 69) is **GRANTED** staying discovery and pre-trial obligations until resolution of the pending motion to dismiss.

(2)   Defendants' Motion for Extension of Time to File a Motion to Compel (Doc. 74) is **DENIED AS MOOT.**

**DONE AND ORDERED** in Tampa, Florida on this 13th day of September, 2016.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties